# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * *
MALIN IRRIGATION DISTRICT,      *
                                *
            Plaintiff,          *
      v.                        *     No. 1-59131L
                                *     Filed:  February 15, 2017
UNITED STATES,                  *
                                *
            Defendant.          *
* * * * * * * * * * * * * * *
```

### O R D E R

  The court is in receipt of the request to dismiss the claims of the above captioned plaintiff in the case of <u>Klamath Irrigation District, et al. v. United States</u>, case number 1-591L. The claims associated with the above-captioned plaintiff are, hereby, **SEVERED** from the case of <u>Klamath Irrigation District, et al. v. United States</u>, case number 1-591L and shall be reorganized, for case management purposes, into the above-captioned case, <u>Malin Irrigation District v. United States</u>, and assigned case number 1-59131L. The court **DISMISSES**, with prejudice, the claims of Malin Irrigation District.  As there is no just reason for delay, the Clerk's Office shall enter immediate **JUDGMENT** consistent with this Order, pursuant to RCFC 54(b).  As the Order disposes of all claims of the named plaintiff, case number 1-59131L shall be **CLOSED**. Neither the dismissal of the claims of the plaintiff herein nor the entry of judgment by the Clerk's Office shall affect this court's jurisdiction over the remaining plaintiffs in the case of <u>Klamath Irrigation District, et al. v. United States</u>, case number 1-591L.

  **IT IS SO ORDERED**.

                     s/Marian Blank Horn
                     **MARIAN BLANK HORN**
                          **Judge**